■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN GREEN, Appellant. [726 NYS2d 285] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 10, 2000 (*People v Green,* 268 AD2d 443), affirming a judgment of the Supreme Court, Kings County, rendered January 15, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., S. Miller, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JACKSON, Appellant. [726 NYS2d 283] —Appeal by the defendant from a judgment of the County Court, Nassau County (Honorof, J.), rendered January 27, 2000, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defense counsel provided the defendant with meaningful representation (*see, People v Benevento,* 91 NY2d 708). Santucci, J. P., Goldstein, Feuerstein and Crane, JJ., concur.